1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7   CARLIN J. RAVE,

                                              NO:  4:16-CV-5166-RMP
8                              Petitioner,

                                              ORDER ADOPTING REPORT AND
9        v.                                   RECOMMENDATION AND
                                              DENYING PETITION
10  C.R. GOETZ and ROBERT
    FERGUSON,
11
                               Respondents.
12

13

14       Magistrate Judge Rodgers filed a Report and Recommendation on May 4,

15  2017, recommending Petitioner Carlin Rave's habeas corpus petition be denied

16  without prejudice.  Petitioner had paid the $5.00 filing fee to commence this

17  action.

18       There being no objections, the Court **ADOPTS** the Report and

19  Recommendation.  The Petition is **DENIED WITHOUT PREJUDICE** for failing

20  to strictly comply with the formal requirements of the Interstate Agreement on

21

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PETITION -- 1

1  Detainers ("IAD").  *See Johnson v. Stager*, 781 F.2d 758, 761-62 (9th Cir. 1986);

2  *United States v. Moline*, 833 F.2d 190, 192 (9th Cir. 1987).

3  **IT IS SO ORDERED**.  The Clerk of Court is directed to enter this Order,

4  enter judgment, forward copies to Petitioner and close the file. The Court further

5  certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could

6  not be taken in good faith, and there is no basis upon which to issue a certificate of

7  appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

8  **DATED** July 6, 2017.

9

10              *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PETITION -- 2