# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CARLIN J. RAVE,<br>*Plaintiff*<br>v.<br>C.R. GOETZ and ROBERT FERGUSON,<br>*Defendant* | Civil Action No. 4:16-cv-5166-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court ADOPTS the Report and Recommendation (ECF No. 12). The Petition (ECF No. 9) is DENIED WITHOUT PREJUDICE for failing to strictly comply with the formal requirements of the Interstate Agreement on Detainers ("IAD").

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson.

Date: 7/6/2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen
*(By) Deputy Clerk*

Lennie Rasmussen